# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 17-50558
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

October 24, 2018

Lyle W. Cayce
Clerk

PRINCELLA V. STEELS,

Plaintiff-Appellant

v.

TEXAS DEPARTMENT OF CRIMINAL JUSTICE; DOCTOR FNU SCOTT,
Dentist; DENTIST AT SKYVIEW,

Defendants-Appellees

Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:16-CV-466

Before DAVIS, HAYNES, and GRAVES, Circuit Judges.

PER CURIAM:[*]

Princella V. Steels, Texas prisoner # 1926484, appeals the dismissal for failure to state a claim of her in forma pauperis, 42 U.S.C. § 1983 suit claiming that she received inadequate dental care and that the defendants failed to return to her three gold crowns. *See* 28 U.S.C. § 1915(e)(2)(B)(ii). A timely notice of appeal in a civil case is a jurisdictional prerequisite when, as here,

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 17-50558

the time limit is set by statute.  *See Hamer v. Neighborhood Hous. Servs. of Chi.*, 138 S. Ct. 13, 17 (2017); *Bowles v. Russell*, 551 U.S. 205, 214 (2007); 28 U.S.C. § 2107(a).  Steels had to file a notice of appeal within 30 days of the entry of the May 11, 2017, order denying her Federal Rule of Civil Procedure 59(e) motion.  *See* § 2107(a); FED. R. APP. P. 4(a)(1)(A), (a)(4)(A)(iv).  Because Steels filed her notice of appeal no earlier than June 15, 2017, her appeal is untimely, and we lack jurisdiction to consider it.  *See Hamer*, 138 S. Ct. at 17.

Additionally, Steels's motions for the appointment of counsel and a bench warrant, as well as her motions for leave to amend and an evidentiary hearing are denied.

DISMISSED FOR LACK OF JURISDICTION; ALL OUTSTANDING MOTIONS DENIED.